tioner. *E. Lowry Humes* for respondent.

No. 1074. WINDING GULF COLLIERIES *v.* BOARD OF EDUCATION ET AL. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *James William Maxwell* and *Floyd McKinley Sayre* for petitioner. *Clay S. Crouse* and *Grover C. Trail* for respondents.

No. 1080. McRAE *v.* BOYKIN. May 13, 1946. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *William G. McRae, pro se.*

No. 1105. HEATH *v.* FRANKEL ET AL. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Collins Mason* for petitioner. *Frederick S. Lyon* and *Lewis E. Lyon* for respondents.

No. 1119. CITY OF FRANKLIN *v.* COLEMAN BROS. CORPORATION. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Lawrence J. Bernard* and *John E. Shea* for petitioner. *Robert W. Upton* for respondent.

No. 1076. PHOENIX FINANCE CORP. *v.* IOWA-WISCONSIN BRIDGE Co.; and

No. 1077. IOWA-WISCONSIN BRIDGE Co. *v.* PHOENIX FINANCE CORP. May 13, 1946. Petitions for writs of